AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| UpChat LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   2:25-cv-1263 |
| KEKA TECHNOLOGIES PRIVATE LIMITED | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UpChat LLC                                                                    .

Date:     12/31/2025

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315, Chicago, IL 60613
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*